EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN M. ARKOW (California State Bar No. 143755)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6975
     Facsimile: (213) 894-6269
     E-mail:    Steven.Arkow@usdoj.gov
ALEXIS D. GREGORIAN
Trial Attorney
Criminal Division, Fraud Section
United States Department of Justice
     4811 Airport Plaza Drive, 5th floor
     Long Beach, California 90812
     Telephone: (202) 768-1172
     E-mail:    Alexis.Gregorian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>MICHAEL HUYNH,<br><br>　　　　　Defendant. | No. CR 14-548-ODW<br><br>GOVERNMENT'S SENTENCING POSITION WITH RESPECT TO PRESENTENCE REPORT<br><br>Hearing Date: March 27, 2017<br>Hearing Time: 10:00 a.m. |
|---|---|

　　　Plaintiff United States of America, by and through its counsel of record, hereby concurs with the sentencing guidelines calculations, as disclosed in the Pre-Sentence Report ("PSR") (ECF No. 101).  Defendant's offense level is 28 with a criminal history category of I, resulting in an advisory guidelines range of 78-97 months imprisonment (ECF No. 101 ¶ 56).

The government will address the United States Probation Office's recommended downward variance from the advisory guidelines range (ECF No. 100), as well as respond to defendant's objection(s) to the PSR and sentencing position, as warranted, in a separate filing.

Dated: March 9, 2017

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/ Steven M. Arkow
STEVEN M. ARKOW
Assistant United States Attorney
ALEXIS D. GREGORIAN
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

# CERTIFICATE OF SERVICE

I, **Susana Ybarra-Lopez**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy:

**GOVERNMENT'S SENTENCING POSITION WITH RESPECT TO PRESENTENCE REPORT**

☒ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

Laurene Harding
U.S. Probation Office
600 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ Electronic Mail as follows:

☐ By Federal Express, as follows:

at the last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on March 9, 2017 Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

Susana Ybarra-Lopez
Legal Assistant